**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CHARLES BERNARD ROBINSON, JR.,**

      **Plaintiff,**

**v.**                                           **Case No.: 3:12cv227/MCR/CJK**

**R. TIFFT, et al.,**

      **Defendants.**

_____/

**ORDER**

      Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 22, 2013 (doc. 30), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

      Accordingly, it is now **ORDERED** as follows:

      1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.      This case is **DISMISSED WITHOUT PREJUDICE** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

      3.      All pending motions are **DENIED** as moot.

      4.      The clerk is directed to close the file.[1]

      **DONE AND ORDERED** this 2nd day of April, 2013.

s/ *M. Casey Rodgers*
                 
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The plaintiff filed a second amended complaint on March 13, 2013. *See* doc. 32. He failed to obtain leave of court before doing so. *See* Fed. R. Civ. P. 15. Even if he had filed a motion for leave to file the amended complaint, the motion would be denied for the reasons set forth in the Report and Recommendation.